# Criminal Case Cover Sheet

**FILED:** REDACTED  
**U.S. District Court**

**Place of Offense:** ☒ Under Seal  
**Judge Assigned:** TSE  

- City:  
- County: Loudoun  
- Superseding Indictment:  
- Same Defendant:  
- Criminal No.: 1:16-CR-300  
- New Defendant: x  
- Magistrate Judge Case No.:  
- Arraignment Date:  

Related to Case No. **1:11-CR-558**  
Search Warrant Case No.:  
R. 20/R. 40 From:  

## Defendant Information:

- **Defendant Name:** DAMASO LOPEZ SERRANO
- **Alias(es):** Mini Lic; Damaso Lopez
- ☐ Juvenile  FBI No.:
- Address:
- Employment:
- **Birth Date:** 1987
- SSN:
- **Sex:** Male
- Race:
- **Nationality:** Mexico
- **Place of Birth:** Mexico
- **Height:** 5'9"
- **Weight:** 180
- **Hair:** BL
- **Eyes:** BR
- Scars/Tattoos:
- ☒ Interpreter  **Language/Dialect:** Spanish
- Auto Description:

## Location/Status:

- Arrest Date:
- ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Mary Daly; William Sloan
- **Phone:** 703-299-3700
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**  
Drug Enforcement Administration; Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. 959(a), 963 | Conspiracy to import cocaine into U.. | 1 | Felony |
| Set 2: | | | | |

**Date:** 12/14/2016  
**AUSA Signature:** [signature]

*may be continued on reverse*

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**

☒ Under Seal

**Judge Assigned:** TSE

City: [blank]
Superseding Indictment: [blank]
**Criminal No.** 1:16-CR-300

County: Loudoun
Same Defendant: [blank]
New Defendant: x

Related to Case No. 1:11-CR-558

Magistrate Judge Case No.: [blank]
**Arraignment Date:** [blank]

Search Warrant Case No.: [blank]
R. 20/R. 40 From: [blank]

## Defendant Information:

**Defendant Name:** DAMASO LOPEZ SERRANO    **Alias(es):** Mini Lic; Damaso Lopez    ☐ Juvenile   FBI No.: [blank]

**Address:** [blank]

**Employment:** [blank]

**Birth Date:** 1987    **SSN:** [blank]    **Sex:** Male    **Race:** [blank]    **Nationality:** Mexico

**Place of Birth:** Mexico    **Height:** 5'9"    **Weight:** 180    **Hair:** BL    **Eyes:** BR    **Scars/Tattoos:** [blank]

☒ Interpreter    **Language/Dialect:** Spanish    **Auto Description:** [blank]

## Location/Status:

**Arrest Date:** [blank]    ☐ Already in Federal Custody as of: [blank]    in: [blank]

☐ Already in State Custody    ☐ On Pretrial Release    ☒ Not in Custody

☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond [blank]

## Defense Counsel Information:

**Name:** [blank]    ☐ Court Appointed    **Counsel Conflicts:** [blank]

**Address:** [blank]    ☐ Retained

**Phone:** [blank]    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Mary Daly; William Sloan    **Phone:** 703-299-3700    **Bar No.** [blank]

**Complainant Agency - Address & Phone No. or Person & Title:**

Drug Enforcement Administration; Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. 959(a), 963 | Conspiracy to import cocaine into U.S. | 1 | Felony |
| Set 2: | | | | |

**Date:** 12/14/2016    **AUSA Signature:** [signed]    *may be continued on reverse*