AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:16-cr-00300  TSE |
| DAMASO LOPEZ NUNEZ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Damaso Lopez Nunez

Date:     January 9, 2018

*Attorney's signature*

MANUEL J. RETURETA  (DC Bar 430006)
*Printed name and bar number*

300 New Jersey Avenue, NW
Suite 900
Washington, D.C.  20001

*Address*

mjr@returetawassem.com
*E-mail address*

202-549-0679
*Telephone number*

202-347-0130
*FAX number*