IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:16-cr-300 (TSE) |
| | ) |
| DAMASO LOPEZ NUNEZ | ) |

**NOTICE OF HEARING**

The United States hereby gives notice that the parties shall appear at 9:00 a.m. on February 7, 2020, for a hearing on the government's motion for reduction of sentence.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
James L. Trump
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I caused the foregoing notice to be served on counsel of record through the Court's electronic filing system.

By:       /s/
James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3726
jim.trump@usdoj.gov